JAMES HUNTER vs. ELI EDMUNDSON and GEORGE C. KING, Justices, &c.

## Certiorari.

The part of a crop to which the cropper is entitled, under a contract that his portion was to be assigned him, after he paid his employer for provisions with which he should furnish him while he was making the crop, is not the subject of levy until the provisions are paid for.

This is a *certiorari* requiring the Justices to send up the proceedings had in a claim case tried before them on an execution in favour of ——— *Herring* vs. *Crawford Morris*, defendant, and *James Hunter*, claimant. It appears by the return of the Justices, that the *fi. fa.* was levied upon a certain quantity of corn and fodder, as the property of defendant, in the possession of claimant, to which a claim was filed, and proof shewed that defendant lived with claimant as a cropper, and was to have a certain portion of the crop, after he had paid claimant for the provisions with which claimant should furnish him during the year, and that the whole crop was to remain the property of claimant until said provisions were paid for, and there was no proof that said provisions had been paid for, notwithstanding which the Jury found the property subject, which verdict was contrary to evidence.

It is therefore ordered, that the *certiorari* be sustained, and a new trial ordered.

WILLIAM EZZARD, J. S. C. C. C.